UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT REEVES,

     Plaintiff,

v.

STEPHENY FLOREK,
BETH ROBINSON, CLARENCE
KELLY, C/O JOHN DOE, and
ALINDA FLOREK,

     Defendants.

Case No. 4:24-cv-11653
District Judge Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL STEPHENY FLOREK'S ADDRESS TO BE [SERVED] BY THE U.S. MARSHAL AND EXTENSION OF TIME TO SERVE HER PERSONALLY (ECF No. 21)

I.

This is a prisoner civil rights case. Plaintiff Robert Reeves (Reeves), proceeding *pro se*, filed a complaint against Stepheny Florek, Beth Robinson, Clarence Kelly, John Doe, and Alinda Florek. *See* ECF No. 1. Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 13). Before the Court is Reeves's Motion to Compel Stepheny Florek's Address To Be [Served] By The U.S. Marshal And Extension Of Time To Serve Her

Personally.  (ECF No. 21).  For the reasons that follow, the motion will be

DENIED AS MOOT.

II.

Reeves filed the complaint on June 26, 2024.  (ECF No. 1).  The case was

then stayed and referred to the Court's early mediation program.  (ECF No. 6).

Thereafter, the Michigan Department of Corrections (MDOC) filed a motion to

exclude the case from the program, (ECF No. 7), which was granted, (ECF No. 8).

Reeves's request for reconsideration was denied.  (ECF No. 11).  The complaint

was then directed to be served by the U.S. Marshals, who acknowledged receipt of

service documents on August 8, 2024.  (ECF No. 12).  On August 25, 2024,

waivers of service were returned executed for Robinson, Kelly, and Alinda Florek.

(ECF Nos. 14, 15, 16).[1]  On August 27, 2024, the Court directed the MDOC to

provide the address for Stepheny Florek for service.  (ECF No. 17).  It appears that

Stepheny Florek was served because a certificate of service was returned to the

Court on September 18, 2024.  (ECF No. 20).  Then, on October 1, 2024, Reeves

filed the instant motion.  (ECF No. 21).

---

[1] These defendants have filed a motion for summary judgment on the grounds of
exhaustion, (ECF No. 25), to which Reeves was directed to file a response by
November 12, 2024.  (ECF No. 26).  Reeves has filed a response.  (ECF No. 27).

In light of the above, with the Court directing the MDOC to provide Stepheny Florek's address to the Marshal for service and it appearing that service has been made on Stepheny Florek, Reeves' motion is DENIED AS MOOT.

SO ORDERED.

Dated: November 7, 2024        s/Kimberly G. Altman
Detroit, Michigan                KIMBERLY G. ALTMAN
                                     United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2024.

                                     s/Julie Owens
                                     Case Manager